UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MOGHADDAM hm AMIR (aka AMIR MOGHADDAM),<br><br>Plaintiff,<br><br>v.<br><br>FIVE UNNAMED U.S.A. IMMIGRATION ENFORCEMENT AND CUSTOM OFFICIALS IN VANCOUVER INTERNATIONAL AIRPORT, *et al.*,<br><br>Defendants. | Case No.   C09-1136-RAJ<br><br>ORDER OF DISMISSAL |

Having considered the papers filed in support of and in opposition to defendants' motions to dismiss (Dkts. 38, 42), the Report and Recommendation of the Honorable James P. Donohue, and the balance of the record, the Court hereby ORDERS:

(1) The Report and Recommendation is adopted;

(2) Defendants' motions to dismiss (Dkts. 38, 42) are GRANTED;

(3) The claims against all individual defendants are DISMISSED WITH PREJUDICE as untimely;

(4) The claims against Immigration and Customs Enforcement are DISMISSED WITHOUT PREJUDICE for failure to exhaust administrative remedies as required by the Federal Tort Claims Act;

ORDER OF DISMISSAL
PAGE - 1

1  (5)	This matter is to be administratively closed; and

2  (6)	The Clerk is directed to send copies of this Order to plaintiff and to Judge

3  Donohue.

4  DATED this 10th day of June, 2010.

*(signature)*

The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL
PAGE - 2